946 P.2d 973
## October 17, 1997

| 19542 | Does v. Chandler | Vacated |
| 19541 | Hoch, Matter of Estate of | Affirmed |
| 19410, 19392, 19470 | State v. Stagner; State v. King; State v. Wong | Affirmed |

## October 21, 1997

| 19645 | State v. Ramos | Affirmed |

## October 23, 1997

| 19491 | Ka Lahui Hawai'i—O'Ahu v. State Bd. of Land and Natural Resources by Ahue | Dismissed |
| 19389 | Ross v. County of Hawai'i | Affirmed |
| 20159 | State v. Ibara | Affirmed |

## October 24, 1997

| 18358 | Brown v. Arthur Young & Co. | Affirmed |

## October 27, 1997

| 19574 | Baylosis v. State Dept. of the Attorney General | Affirmed |
| 19840 | State v. Kaiuwailani | Affirmed |
| 19522 | State v. Stotts | Affirmed |
| 19502 | Survivors of Leone L.T. Lum Ho v. Life Care Center of Hilo | Affirmed |

## October 28, 1997

| 20129 | State v. Puaoi | Affirmed |

## October 29, 1997

| 19604 | Lincoln v. Hee | Affirmed |